FILED
15-0358
8/19/2015 4:04:11 PM
tex-6569047
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK

## NO.  15-0358

# IN THE SUPREME COURT

# OF TEXAS

**IN RE: WILLIAM B. ADAMS,**

*Relator,*

**HON. GENA SLAUGHTER**
**191ST JUDICIAL DISTRICT COURT**
**DALLAS COUNTY, TEXAS,**

*Respondent,*

**CTK PROPERTIES, LLC AND CHRISTOPHER KLEE,**

*Real Parties in Interest.*

**Original Proceeding from the Fifth District Court of Appeals, Dallas Texas**
**Appeal No. 05-15-00536-CV and**
**191st District Court, Dallas County, Texas**
**Trial Court No. DC-11-08224**

**REAL PARTIES IN INTEREST'S UNOPPOSED MOTION FOR**
**EXTENSION OF TIME TO FILE RESPONSE TO MANDAMUS**

**BYRON K. HENRY**
**Texas Bar No. 24008909**
**bhenry@cowlesthompson.com**
**COWLES & THOMPSON, P.C.**
**901 Main Street, Suite 3900**
**Dallas, TX 75202**
**(214) 672-2156**
**(214) 672-2356 (FAX)**

**ATTORNEYS FOR REAL**
**PARTIES IN INTEREST**

1511889.1

1

**TO THE HONORABLE SUPREME COURT OF TEXAS:**

Real Parties in Interest, CTK Properties, LLC and Christopher Klee, file this Motion for Extension of Time to File Response to Mandamus, and in support the Court the following:

1. The deadline for filing a Response is Wednesday, August 19, 2015.

2. Real Parties in Interest seek a brief five-day extension of time to file its Response, up to and including, Monday, August 24, 2015.

3. Real Parties in Interest require an extension of time to file the Response because Lead Appellate Counsel, Byron K. Henry, was involved in other matters earlier in the month which precluded him from working on the Response. Most recently, Mr. Henry had a personal family matter that required him to be out of the office and unable to complete the response by the deadline. He has returned, however, and will complete file the response by the requested deadline.

4. There has been one prior extension of time for filing this Response.

5. Opposing counsel is not opposed to the motion.

**WHEREFORE, PREMISES CONSIDERED,** Real Parties in Interest, CTK Properties, LLC and Christopher Klee respectfully request that the Court grant their motion to extend time to file their response such that the response be due on or before Monday, August 24, 2015, and grant Real Parties in Interest such further and additional relief as the Court deems appropriate.

2

Respectfully submitted,

By: _____

**BYRON K. HENRY**
Texas Bar No. 24008909
bhenry@cowlesthompson.com

**COWLES & THOMPSON, P.C.**
901 Main Street, Suite 3900
Dallas, TX 75202
(214) 672-2156 (Tel)
(214) 672-2356 (Fax)

**ATTORNEYS FOR REAL
PARTIES IN INTEREST**

### CERTIFICATE OF CONFERENCE

The undersigned counsel certifies that he contacted lead counsel for Relator regarding this motion and he is not opposed to the relief requested in this motion.

_____
**Byron K. Henry**

### CERTIFICATE OF SERVICE

The undersigned certifies that on the August 19, 2015, a true and correct copy of this motion was delivered via Electronic Service to the counsel of record listed below.

> Marshal W. Dooley
> Dooley & Associates, P.C.
> 14228 Midway Road, Suite 214
> Dallas, TX 75244
> Email: mdooley@dooley-law.com

_____
**Byron K. Henry**

1511889.1

3